UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:24-cv-07108-JLS-MAA                    Date: June 02, 2025

Title:  Steele Logistics Inc. et al v. Advance Funds Network LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Kelly Davis  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE FAILURE TO FILE NOTICE OF SETTLEMENT**

On February 26, 2025, Mediator Erica Bristol filed a Mediation Report indicating that this case has been completely settled and advising the parties that they must notify the Court's clerk of the fact of settlement and promptly file documents regarding the final disposition of the case.  (Doc. 46.)  To date, the parties have provided no such notification of settlement to the Court.  Accordingly, Plaintiff is ORDERED to show cause in writing why this action should not be dismissed.  Alternatively, a properly filed Notice of Dismissal will be sufficient to discharge this order to show cause.  Failure to respond within **five (5) days of this Order** will result in an immediate dismissal of this action.

Initials of Deputy Clerk: kd